IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY RAY HESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-1054 |
| | ) | Judge Trauger |
| REGIONS BANK, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On October 11, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Motion for Summary Judgment be granted. (Docket No. 15) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion for Summary Judgment (Docket No. 11) is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED**.

ENTER this 30th day of October 2006.

_____
ALETA A. TRAUGER
U.S. District Judge